Anthony Russell
Docket Number: 13 CR 997-01 (GBD)

4

335790 - LPRJ



NOV 17 2016

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION DEPARTMENT**

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[ ✓ ]   Transfer of Jurisdiction to the Northern District of Alabama **APPROVED**

[ ]   Transfer of Jurisdiction to the Northern District of Alabama **DENIED**

[ ]   Other

_____

Signature of Judicial Officer

NOV 17 2016
Date

| PROB 22<br>(Rev. 2/88)<br><br>**TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)*<br>13 CR 997-01 |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Anthony Russell<br>2937 Brighton Avenue<br>Anniston, Alabama 32607 | DISTRICT | | |
| --- | --- | --- | --- |
| | SOUTHERN DISTRICT OF NEW YORK | | |
| | NAME OF SENTENCING JUDGE | | |
| | George B. Daniels | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>10/15/2015 | TO<br>08/08/2019 |

OFFENSE
Ct. 1 Conspiracy to Deal in Firearms Without a License, 18 USC 371, a class D Felony; Ct. 2 Dealing in Firearms Without a License, 18 USC 922(a)(1)(A) and 2, a class D Felony; and Ct. 3 Felon in Possession of Firearms, 18 USC 922(g)(1), a class C Felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

      IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

NOV 17 2016
_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **"NORTHERN DISTRICT OF ALABAMA"**

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*